CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 13 2008

JOHN F. CORCORAN, CLERK
BY:
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **JOSEPH BOWLER,** )<br>　　Plaintiff, ) | Civil Action No. 7:08-cv-00210 |
| v.　　　　　　　　　　　 ) | **FINAL ORDER** |
| **C/O KENDRICK, et al.,** )<br>　　Defendants. ) | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

### ADJUDGED AND ORDERED

that this civil rights action, pursuant to 42 U.S.C. § 1983, is hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915(g), and stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 13th day of March, 2008.

_____
Senior United States District Judge

Dockets.Justia.com