CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 1 3 2008

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **JOSEPH BOWLER,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:08-cv-00210** |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **C/O KENDRICK, et al.,** | ) | **By: Hon. James C. Turk** |
| **Defendants.** | ) | **Senior United States District Judge** |
| | ) | |

In accordance with the memorandum opinion entered this day, it is hereby

## ADJUDGED AND ORDERED

that this civil rights action, pursuant to 42 U.S.C. § 1983, is hereby **DISMISSED** without

prejudice, pursuant to 28 U.S.C. § 1915(g), and stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to plaintiff.

ENTER: This _13th_ day of March, 2008.

_____
Senior United States District Judge